Jason K. Singleton, State Bar #166170
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
lawgroup@sbcglobal.net

(707) 441-1177
FAX  441-1533

Attorney for Plaintiff, GEORGE MILLER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MILLER,<br><br>    Plaintiff,<br>v.<br><br>NORTHEASTERN RURAL HEALTH CLINICS, a California corporation, dba DOYLE FAMILY PRACTICE and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No.  2:05-CV-1827-DFL-KJM<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

Plaintiff GEORGE MILLER and Defendants NORTHEASTERN RURAL HEALTH CLINICS, dba DOYLE FAMILY PRACTICE (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.  The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear his own attorneys fees and costs.

2.  Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

SINGLETON LAW GROUP

Dated:    May 8, 2006            /s/ Jason K. Singleton
                        Jason K. Singleton, Attorneys for
                        Plaintiff, **GEORGE MILLER**

**LEONARD & LYDE**

Dated: May 8, 2006                     /s/ Cheryl A. Miskei
                                       Cheryl A. Miskei, Attorneys for Defendants,
                                       **NORTHEASTERN RURAL HEALTH CLINICS,
                                       dba DOYLE FAMILY PRACTICE**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.   The action <u>MILLER vs NORTHEASTERN RURAL HEALTH, et al.</u>, Case Number 2:05-CV-01827 DFL KJM, is dismissed with prejudice with each party to bear his or its own attorneys fees and costs.

Dated:  5/12/2006

_____
DAVID F. LEVI
United States District Judge